Glenn R. Kantor, Esq. State Bar No. 112643
 E-Mail: gkantor@kantorlaw.net
Elizabeth Green, Esq. State Bar No. 199634
 E-Mail: egreen@kantorlaw.net
**KANTOR & KANTOR, LLP**
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff,
MARY MUSSO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

MARY MUSSO,

    Plaintiff,

VS.

BANKERS LIFE AND CASUALTY COMPANY,

    Defendants.

CASE NO:

COMPLAINT FOR DAMAGES

(1) BREACH OF CONTRACT

(2) BREACH OF THE COVENANT OF GOOD FAITH AND FAIR DEALING

DEMAND FOR JURY TRIAL

**PLAINTIFF, MARY MUSSO, FOR HER FIRST CLAIM AGAINST DEFENDANT BANKERS LIFE AND CASUALTY COMPANY FOR BREACH OF CONTRACT ALLEGES:**

1.    Jurisdiction is based on diversity of citizenship pursuant to 28 U.S.C. § 1332. The amount in controversy, exclusive of interest and costs, exceeds the sum of $100,000.00.

2.    Venue is proper in this Court based upon 28 U.S.C. § 1391(a).

3.    Plaintiff is informed and believes that Defendant, Bankers Life and Casualty Company ("Bankers Life"), is a corporation incorporated in and with its principal place

1

of business in the State of Illinois authorized to transact and transacting business in the Central District of California and can be found in the Central District of California.

4. Plaintiff, Mary Musso, is a resident and citizen of the County of Alameda, State of California.

5. Defendant, Bankers Life, issued to Plaintiff a policy of Long Term Care Coverage, Policy Number 201,044,987 on or about April 15, 2001. Among the benefits provided by the policy was the benefit that if the insured became in need of assistance with the activities of daily living, Bankers Life would pay the insured benefits in an amount set by the policy. (A copy of said policy is attached hereto as Exhibit "A".)

6. All premiums due on the policy have been paid. At all relevant times, Plaintiff has performed all obligations under the policy on her part to be performed.

7. In or before December 2006, the Plaintiff suffered a loss compensable under the terms of the policy in that she became unable to care for herself on a daily basis.

8. Pursuant to the terms of the policy, Plaintiff made a claim to Bankers Life for long term care benefits under the Policy. Plaintiff has provided Bankers Life will all reasonable and necessary information needed for Bankers Life to verify Plaintiff's entitlement to benefits, nevertheless, Bankers' Life has refused to pay the benefits due and owing under the policy.

9. As a direct and proximate result of Bankers Life's failure to pay the benefits due and owing under the policy, Plaintiff has been deprived of benefits.

10. The improper determination of the Plaintiff's long term care benefit claims constitutes a breach of the insurance contracts between Bankers Life and the Plaintiff. As a direct and proximate result of the Defendant's breach of the subject insurance policies, the Plaintiff has suffered contractual damages under the terms and conditions of the policy in an amount in excess of $2,300.00 per month, and will continue, plus interest and other incidental damages and out-of-pocket expenses, all in the sum to be determined according to proof at the time of trial.

**PLAINTIFF, MARY MUSSO, FOR A SECOND CLAIM FOR RELIEF AGAINST DEFENDANT, BANKERS LIFE AND CASUALTY COMPANY, FOR BREACH OF THE DUTY OF GOOD FAITH AND FAIR DEALING ALLEGES:**

11. Plaintiff refers to Paragraphs 1 through 10, inclusive, of the First Claim for Relief and incorporates those paragraphs as though set forth in full in this cause of action.

12. Defendant has breached its duty of good faith and fair dealing owed to Plaintiff in the following respects:

   (a) Unreasonable and bad faith failure to pay the insurance proceeds of the long term care policies at issue at a time when Defendant knew Plaintiff was entitled to said full benefits under the policies;

   (b) Unreasonably delaying payments to Plaintiff in bad faith knowing Plaintiff's claim for benefits under the policies to be valid for the reasons set forth in subparagraph (a).

13. Plaintiff is informed and believes and thereon alleges that Defendant, Bankers Life, has breached its duties of good faith and fair dealing owed to Plaintiff by other acts or omissions of which Plaintiff is presently unaware. Plaintiff will seek leave of the Court to amend this Complaint at such time as Plaintiff discovers the other acts or omissions of said Defendant constituting such breach.

14. As a proximate result of the aforementioned wrongful conduct of Defendant, Plaintiff has suffered, and will continue to suffer in the future, damages under the Policy, plus interest, for a total amount to be shown at the time of trial.

15. As a further proximate result of the aforementioned wrongful conduct of Defendant, Plaintiff has suffered anxiety, worry, mental and emotional distress, and other incidental damages and out-of-pocket expenses, all to Plaintiff's general damage in the sum to be determined at the time of trial.

16. As a further proximate result of the aforementioned wrongful conduct of Defendant, Plaintiff was compelled to retain legal counsel to obtain the benefits due

under the Policies. Therefore, Defendant is liable to Plaintiff for those attorneys' fees reasonably necessary and incurred by Plaintiff to obtain the Policy(s) benefits in a sum to be determined at the time of trial.

17.   Defendant's conduct described herein was intended by the Defendant to cause injury to the Plaintiff or was despicable conduct carried on by the Defendant with a willful and conscious disregard of the rights of Plaintiff, subjected the Plaintiff to cruel and unjust hardship in conscious disregard to her rights, and was an intentional misrepresentation, deceit, or concealment of a material fact known to the Defendant with the intention to deprive the Plaintiff of property, legal rights or to otherwise cause injury, such as to constitute malice oppression or fraud under California *Civil Code* § 3294, thereby entitling Plaintiff to punitive damages in an amount appropriate to punish or set an example of Defendant.

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

1.   Damages for failure to provide full benefits under the Policies, in an amount to be determined at the time of trial but in excess of $56,000.00 plus interest, including prejudgment interest, in a sum to be determined at the time of trial;

2.   General damages for mental and emotional distress and other incidental damages in the sum of $900,000.00;

3.   Punitive and exemplary damages in an amount in excess of $5,000,000.00;

4.   For attorneys' fees reasonably incurred to obtain the Policy benefits in a sum to be determined at the time of trial;

5.   For costs of suit incurred herein; and

6.   For such other and further relief as the Court deems just and proper.

DATED: December 3, 2007                                KANTOR & KANTOR, LLP

                                                       GLENN R. KANTOR
                                                       ATTORNEYS FOR PLAINTIFF
                                                       MARY MUSSO

## DEMAND FOR JURY TRIAL

PLAINTIFF HEREBY DEMANDS A TRIAL BY JURY.

DATED: December 3, 2007                     KANTOR & KANTOR, LLP

                                                                             GLENN R. KANTOR
                                                                             ATTORNEYS FOR PLAINTIFF
                                                                             MARY MUSSO

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA



MARY MUSSO,

    Plaintiff,

        V.

BANKERS LIFE AND CASUALTY COMPANY,

    Defendant.

SUMMONS IN A CIVIL CASE

CASE NUMBER:

CV 07    6176

TO: (Name and address of defendant)

BANKERS LIFE AND CASUALTY COMPANY
11825 N. Pennsylvania Street
Carmel, IN 46032



**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Glenn R. Kantor
KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, CA 91324

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE_____

MARY ANN BUCKLEY

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify):*

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
　　　　　　　　　　　*Date*　　　　　　　　　　　　　　　　　　　　　　*Signature of Server*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Glenn R. Kantor, Esq. State Bar No. 112643
 E-Mail: gkantor@kantorlaw.net
Elizabeth Green, Esq. State Bar No. 199634
 E-Mail: egreen@kantorlaw.net
**KANTOR & KANTOR, LLP**
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff,
MARY MUSSO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| MARY MUSSO, | CASE NO: 6176 JCS |
| Plaintiff, | |
| VS. | NOTICE OF INTERESTED PARTIES |
| BANKERS LIFE AND CASUALTY COMPANY, | |
| Defendants. | |

The undersigned, counsel of record for Plaintiff, MARY MUSSO, certifies the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1 | The following is a list of the names of all such parties with their connection and
2 | interest herein:
3 |     1.    Mary Musso
4 |     2.    Bankers Life and Casualty Company

DATED: December 3, 2007                    KANTOR & KANTOR, LLP

                                                 BY: _____
                                                   Glenn R. Kantor
                                                   Attorneys for Plaintiff
                                                   Mary Musso

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO.)

### I.(a) PLAINTIFFS
MARY MUSSO

### DEFENDANTS
BANKERS LIFE AND CASUALTY COMPANY

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)
ALAMEDA

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.
ILLINOIS

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Kantor & Kantor LLP, 17216 Parthenia Street, Northridge, CA 91325 - (818) 886-2525 / (818) 350-6272 fax

ATTORNEYS (IF KNOWN)

### II. BASIS OF JURISDICTION (PLACE AN 'X' IN ONE BOX ONLY)
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [x] 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN 'X' IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For diversity cases only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [x] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

### IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
- [x] Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

### V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [x] 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 362 Personal Injury Med Malpractice | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 365 Personal Injury Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 | | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault Libel & Slander | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 630 Liquor Laws | PROPERTY RIGHTS | [ ] 450 Commerce/ICC Rates/etc. |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers Liability | | [ ] 640 RR & Truck | [ ] 820 Copyrights | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 340 Marine | PERSONAL PROPERTY | [ ] 650 Airline Regs | [ ] 830 Patent | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl Veterans) | [ ] 345 Marine Product Liability | [ ] 370 Other Fraud | [ ] 660 Occupational Safety/Health | [ ] 840 Trademark | [ ] 480 Consumer Credit |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 371 Truth in Lending | [ ] 690 Other | | [ ] 490 Cable/Satellite TV |
| [ ] 160 Stockholders Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 380 Other Personal Property Damage | LABOR | SOCIAL SECURITY | [ ] 810 Selective Service |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 385 Property Damage Product Liability | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/Exchange |
| [ ] 195 Contract Product Liability | | | [ ] 720 Labor/Mgmt Relations | [ ] 862 Black Lung (923) | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 196 Franchise | | | [ ] 730 Labor/Mgmt Reporting & Disclosure Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 891 Agricultural Acts |
| | | | [ ] 740 Railway Labor Act | [ ] 864 SSID Title XVI | [ ] 892 Economic Stabilization Act |
| | | | [ ] 790 Other Labor Litigation | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | [ ] 791 Empl.Ret. Inc. Security Act | FEDERAL TAX SUITS | [ ] 894 Energy Allocation Act |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motion to Vacate Sentence Habeas Corpus: | | [ ] 870 Taxes (US Plaintiff or Defendant | [ ] 895 Freedom of Information Act |
| [ ] 220 Foreclosure | [ ] 442 Employment | [ ] 530 General | | [ ] 871 IRS - Third Party 26 USC 7609 | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing | [ ] 535 Death Penalty | | | |
| [ ] 240 Torts to Land | [ ] 444 Welfare | [ ] 540 Mandamus & Other | | | [ ] 950 Constitutionality of State Statutes |
| [ ] 245 Tort Product Liability | [ ] 440 Other Civil Rights | [ ] 550 Civil Rights | | | [ ] 890 Other Statutory Actions |
| [ ] 290 All Other Real Property | [ ] 445 Amer w/ disab - Empl | [ ] 555 Prison Condition | | | |
| | [ ] 446 Amer w/ disab - Other | | | | |

### VI. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)
28 U.S.C. § 1332 FAILURE TO PAY POLICY BENEFITS

### VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: [x] YES [ ] NO

### VIII. RELATED CASE(S) IF ANY
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

### IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)
(PLACE AND "X" IN ONE BOX ONLY)
[x] SAN FRANCISCO/OAKLAND    [ ] SAN JOSE

DATE    SIGNATURE OF ATTORNEY OF RECORD