# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

MARY MUSSO,

Plaintiff,

V.

BANKERS LIFE AND CASUALTY COMPANY,

Defendant.

SUMMONS IN A CIVIL CASE

CASE NUMBER:  CV 07 6176

TO: (Name and address of defendant)

BANKERS LIFE AND CASUALTY COMPANY
11825 N. Pennsylvania Street
Carmel, IN 46032

 JCS

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Glenn R. Kantor
KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, CA 91324

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE _____

BY ANN BUCKLEY

_____
(BY) DEPUTY CLERK