Glenn R. Kantor, Esq. State Bar No. 112643
  E-Mail: gkantor@kantorlaw.net
Elizabeth Green, Esq. State Bar No. 199634
  E-Mail: egreen@kantorlaw.net
**KANTOR & KANTOR, LLP**
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff,
MARY MUSSO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| MARY MUSSO, | CASE NO: 6176 JCS |
| Plaintiff, | |
| VS. | NOTICE OF INTERESTED PARTIES |
| BANKERS LIFE AND CASUALTY COMPANY, | |
| Defendants. | |

The undersigned, counsel of record for Plaintiff, MARY MUSSO, certifies the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

The following is a list of the names of all such parties with their connection and interest herein:

1. Mary Musso
2. Bankers Life and Casualty Company

DATED: December 3, 2007

KANTOR & KANTOR, LLP

BY: _____
Glenn R. Kantor
Attorneys for Plaintiff
Mary Musso

2