UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARY MUSSO,

    Plaintiff(s),

v.

BANKERS LIFE AND CASUALTY,

    Defendant(s).

No. C 07-06176 JCS

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: Dec. 14, 2007

Signature

Counsel for Plaintiff, Mary Musso
(Name or party or indicate "pro se")

3

# PROOF OF SERVICE

STATE OF CALIFORNIA   )
                      ) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 19839 Nordhoff Street, Northridge, CA 91324.

On December 14, 2007, I served the foregoing document described as: DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE on the interested parties in this action in a sealed envelope addressed as follows:

DEFENDANT'S NOT YET DETERMINED

[X]   (BY MAIL) I deposited such envelope in the mail at Northridge, California. The envelope was mailed with postage thereon fully prepaid.

[X]   As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Northridge, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]   (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the offices of the addressee.

[ ]   (BY FACSIMILE) I faxed such document to the facsimile number above following regular business practices.

[ ]   (BY FEDERAL EXPRESS) I caused such envelope to be delivered on by Federal Express to the office of the addressee so indicated.

[X]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 14, 2007, at Northridge, California.

_____
Denise Anderson