Glenn R. Kantor, Esq. State Bar No. 112643
  E-Mail: gkantor@kantorlaw.net
Elizabeth Green, Esq. State Bar No. 199634
  E-Mail: egreen@kantorlaw.net
**KANTOR & KANTOR, LLP**
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff,
MARY MUSSO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| MARY MUSSO,<br><br>           Plaintiff,<br><br>    VS.<br><br>BANKERS LIFE AND CASUALTY COMPANY,<br><br>           Defendants. | CASE NO: CV 07 - 06176 - SC<br><br>NOTICE OF DISMISSAL WITHOUT PREJUDICE |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntarily dismisses the above captioned action **without** prejudice.

DATED: December 20, 2007          KANTOR & KANTOR, LLP

                                  /S/ Glenn R. Kantor

                                  _____
                                  GLENN R. KANTOR
                                  ATTORNEYS FOR PLAINTIFF
                                  MARY MUSSO

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Samuel Conti]

1

# **PROOF OF SERVICE**

STATE OF CALIFORNIA   )
                     ) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 19839 Nordhoff Street, Northridge, CA 91324.

On December 20, 2007, I served the foregoing document described as: NOTICE OF DISMISSAL on the interested parties in this action in a sealed envelope addressed as follows:

Corporate Service Center of California, Inc.
Bentler & Assoc, Inc.
2001 Wilshire Blvd., Ste. 505
Santa Monica, CA 90403

[X]   (BY MAIL) I deposited such envelope in the mail at Northridge, California. The envelope was mailed with postage thereon fully prepaid.

[X]   As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Northridge, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]   (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the offices of the addressee.

[ ]   (BY FACSIMILE) I faxed such document to the facsimile number above following regular business practices.

[ ]   (BY FEDERAL EXPRESS) I caused such envelope to be delivered on by Federal Express to the office of the addressee so indicated.

[X]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 20, 2007, at Northridge, California.

/S/ Lisa J Blaylock
_____
LISA J. BLAYLOCK